## REQUEST AND APPLICATION FOR APPOINTMENT OF COUNSEL

WE, JUDY MORRELL and BERTHA ZAMORA, the Plaintiffs in this case respectfully request, based upon the true financials presented to this Court and in the interest of justice, that this Honorable Court appoint counsel without reimbursement based upon (a) their lack of financial resources, and (b) the interest of justice.

Plaintiffs have presented a prima facie case against Defendants, and ,in fact, one Defendant has already pleaded guilty in criminal court proceedings to a primary and basic allegation in this action. Plaintiffs are senior citizens without the necessary finances to properly litigate the grounds in this action. Such financial position is the Direct result of Defendant's actions that are the basis for this civil case.

Respectfully submitted this 10th day of November 2008

_____        _____
Judy Morrell                                                       Bertha Zamora