IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JUDY MORRELL and BERTHA ZAMORA, | : |
| | : |
| Plaintiffs, | : |
| | : |
| vs. | CA 09-0753-KD-C |
| | : |
| THOMAS DAVID LUNCEFORD, et al., | : |
| | |
| Defendants. | |

## ORDER

This cause is before the Court on plaintiffs' amended motion to proceed in this case without being required to prepay fees and costs, as is authorized by 28 U.S.C. § 1915 (Doc. 11). This motion has been referred to the undersigned for disposition pursuant to 28 U.S.C. § 636(b)(1)(A), and Local Rule 72.2(c)(1&3). After careful consideration of the plaintiffs' supplemental submission, it is determined that the plaintiffs' IFP motion (Doc. 2), as amended (Doc. 11), is due to be and it hereby is **GRANTED**.

The Clerk is directed, in accordance with 28 U.S.C. § 1915(d) and Rule 4(c)(2), Fed.R.Civ.P., to serve a summons, along with the complaint, on the defendants in accordance with the procedures required by Rule 4(i)(2). The United States Marshal for the Southern District of Alabama is directed to serve process should the Clerk's attempt to perfect service by certified mail prove ineffective.

Also pending is plaintiffs' motion for appointment of counsel (Doc. 3). The undersigned's office has been in contact with a local attorney, Kenneth J. Riemer, Esquire, and has inquired whether he would accept appointment of this matter. To this end, Mr. Riemer has looked at the pleadings filed in this case and has attempted to contact Ms. Morrell in order to obtain further information before informing this Court whether he could accept an appointment. All attempts by Mr. Riemer to contact Ms. Morrell by telephone have proven unsuccessful. Accordingly, Ms. Morrell is **ORDERED** to contact Mr. Riemer not later than **September 2, 2010** and provide him with whatever information he requires to inform the Court whether he is willing to accept appointment of this matter.[1]  Provided Ms. Morrell contacts him by the foregoing deadline, Mr. Riemer will have an additional thirty (30) days, that is, until **October 4, 2010**, to inform this Court whether he will be able to accept appointment of this matter.[2]

Plaintiffs are advised that any failure by Ms. Morrell to contact Mr. Riemer by September 2, 2010 will result in the denial of the motion for appointment of counsel (*see* Doc. 3).

**DONE** and **ORDERED** this the 2nd day of August, 2010.

>    s/WILLIAM E. CASSADY
>    **UNITED STATES MAGISTRATE JUDGE**

---

[1] Mr. Riemer's telephone number is (251) 432-9212. He may also be contacted in writing at the following address: 166 Government Street, Mobile, Alabama 36602.

[2] Should Mr. Riemer accept appointment of this matter, he will treat the plaintiffs' case as he would any other case, including with respect to the standard fee arrangement his clients sign.