# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| JUDY MORRELL and BERTHA ZAMORA, | : |
| | : |
| Plaintiffs, | |
| | : |
| vs. | CA 09-0753-KD-C |
| | : |
| THOMAS DAVID LUNCEFORD, et al., | |
| | : |
| Defendants. | |

## ORDER

Plaintiffs' request and application for appointment of counsel (Doc. 3) is **GRANTED**. The undersigned is in the process of attempting to find counsel to represent the plaintiffs (*see* Doc. 17).

**DONE** and **ORDERED** this the 9th day of September, 2010.

s/WILLIAM E. CASSADY
**UNITED STATES MAGISTRATE JUDGE**