IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JUDY MORRELL,** *et al.*, : | |
| Plaintiffs, : | |
| : | |
| v. : | **CIVIL ACTION 09-00753-KD-C** |
| : | |
| **THOMAS DAVID LUNCEFORD,** *et al.*, : | |
| Defendants. : | |

### ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated August 18, 2011 is hereby **ADOPTED** as the opinion of this Court.

**DONE** and **ORDERED** this the **12**<sup>th</sup> day of **September 2011.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**